Michael L. Rausch
Evan M.T. Thompson
BROWNING, KALECZYC, BERRY & HOVEN P.C.
Liberty Center, Suite 302
9 Third Street North
Great Falls, MT 59401
Phone: 406.4030041
Fax: 406.453.1634
E-mail:  mike@bkbh.com  / evan@bkbh.com

*Attorneys for Individual Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISON

| | |
|---|---|
| TAMMY WILHITE,<br><br>             Plaintiff,<br><br>   v.<br><br>PAUL LITTLELIGHT, LANA THREE IRONS, HENRY PRETTY ON TOP, SHANNON BRADLEY, and CARLA CATOLSTER<br><br>             Defendants.<br><br>TAMMY WILHITE,<br><br>                  Plaintiff,<br>vs.<br><br>UNITED STATES,<br><br>                  Defendant. | Case No. CV-19-20 102-BLG-SPW-TJC<br><br>**INDIVIDUAL DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS FOR FAILURE TO STATE A VALID RICO CLAIM** |

Defendants, Paul Littlelight, Lana Three Irons, Henry Pretty On Top, Shannon Bradley, and Carla Catolster (collectively hereinafter "Defendants"), through counsel, pursuant to Federal Rules of Civil Procedure 12(c) and 12(b)(6), respectfully move this Court for judgment on the pleading or an order dismissing Plaintiff's Complaint for the reason the Complaint fails to state a claim on which relief can be granted because Plaintiff has not presented a valid Racketeer Influenced Corrupt Organizations Act ("RICO") claim. Pursuant to Local Rule 7.1(c)(1), Counsel for Plaintiff and the United States have been contacted and they have indicated that Plaintiff objects to this Motion and that the United States does not. A Brief in Support of this Motion is filed contemporaneously herewith.

DATED this 10th day of August, 2021.

                        BROWNING, KALECZYC, BERRY & HOVEN, P.C.

                        By  /s/ *Evan M.T. Thompson*
                            Evan M.T. Thompson
                            Michael L. Rausch

                        *Attorneys for Individual Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2021, a true copy of the foregoing was served:

Via ECF to the following parties:

D. Michael Eakin
Eakin, Berry & Grygiel, PLLC
P.O. Box 2218
Billings, MT 59103

John Heenan
Heenan & Cook, PLLC
1631 Zimmerman Trail, Suite 1
Billings, MT 59102

Victoria Francis, Tyson M. Lies and John M. Newman
United States Attorney's Office, United States Attorney's Office and U.S. Attorney's Office
U.S. Atorney's Office
P.O. Box 8329
Missoula, MT  59807, 2929 3rd Avenue N.
Suite 400
P.O. Box 1478
Billings, MT 59101 and PO Box 8329
Missoula, MT  59807


                                  */s/ Evan M.T. Thompson*
                                  BROWNING, KALECZYC, BERRY & HOVEN, P.C.