

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 20, 2021

| | |
|---|---|
| No.: | 21-35693 |
| D.C. Nos.: | 1:19-cv-00020-SPW-TJC, 1:19-cv-00102-SPW-TJC, |
| Short Title: | Tammy Wilhite v. Paul Littlelight, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAMMY WILHITE,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>PAUL LITTLELIGHT; LANA THREE IRONS; HENRY PRETTY ON TOP; SHANNON BRADLEY; CARLA CATOLSTER,<br><br>        Defendants - Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant - Appellee. | No. 21-35693<br><br>D.C. Nos.<br><br>1:19-cv-00020-SPW-TJC,<br>1:19-cv-00102-SPW-TJC,<br><br>U.S. District Court for Montana, Billings<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Fri., August 27, 2021**    Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Fri., October 22, 2021**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Mon., November 22, 2021**   Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7