IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TAMMY WILHITE,<br><br>         Plaintiff,<br><br>vs.<br><br>PAUL LITTLELIGHT, LANA THREE IRONS, HENRY PRETTY ON TOP, SHANNON BRADLEY, and CARLA CATOLSTER,<br><br>         Defendants.<br>_____<br><br>TAMMY WILHITE,<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>         Defendant. | CV 19-20-BLG-SPW-TJC<br>Consolidated with:<br>    CV-19-102-BLG-SPW-TJC<br><br>**ORDER STAYING PROCEEDINGS PENDING APPEAL** |

Before the Court is the Individual Defendants' unopposed motion to stay proceedings pending appeal. (Doc. 62.) On July 15, 2021, the Court denied Defendants' petition for FTCA certification pursuant to the Westfall Act. (Doc. 56.) Thereafter, Defendants filed an appeal to the Ninth Circuit. (Doc. 60.) Orders denying Westfall Act certification are immediately appealable. *See Osborn v. Haley*, 549 U.S. 225, 239 (2007). Accordingly, the Court finds it is appropriate

1

to stay this consolidated action pending the appeal, pursuant to Fed. R. App. P. 8(a)(1).

DATED this 30th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge