| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | OCT 03 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TAMMY WILHITE,

        Plaintiff - Appellee,

 v.

PAUL LITTLELIGHT; et al.,

        Defendants - Appellants,

 v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

No. 21-35693

D.C. Nos. 1:19-cv-00020-SPW-TJC,
1:19-cv-00102-SPW-TJC

U.S. District Court for Montana, Billings

**MANDATE**

The judgment of this Court, entered August 11, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7