IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TAMMY WILHITE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL LITTLELIGHT, LANA THREE IRONS, HENRY PRETTY ON TOP, SHANNON BRADLEY, and CARLA CATOLSTER,<br><br>　　　　　Defendants. | CV 19-20-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations, filed on February 3, 2023. (Doc. 77). Judge Cavan recommends this Court grant with leave to amend Defendants Paul Littlelight, Lana Three Irons, Henry Pretty On Top, Shannon Bradley, and Carla Catolster's Motion to Dismiss (Doc. 58).

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of the Findings and Recommendations. No objections were filed. When neither party objects, this Court reviews the findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been

1

committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find Judge Cavan committed clear error.

IT IS ORDERED that United States Magistrate Judge Timothy Cavan's Findings and Recommendations (Doc. 77) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss be GRANTED with leave to amend.

DATED this 22nd day of February, 2023.

SUSAN P. WATTERS
United States District Judge