IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TAMMY WILHITE,<br><br>  Plaintiff,<br><br>vs.<br><br>PAUL LITTLELIGHT, LANA THREE IRONS, HENRY PRETTY ON TOP, SHANNON BRADLEY, and CARLA CATOLSTER,<br><br>  Defendants. | CV 19-20-BLG-SPW<br><br>ORDER |

On February 22, 2023, the Court adopted United State Magistrate Judge Timothy Cavan's Findings and Recommendations and granted Defendant's Motion to Dismiss (77) with leave for Plaintiff to file an amended complaint. (Doc. 78). The Court did not impose a deadline for Plaintiff to file an amended complaint. Local Rule 15.1 provides that the party should "promptly" file an amended complaint after leave is granted. D. Mont L.R. 15.1. The parties have not filed anything since the Court's February Order.

Accordingly, the Court orders the parties to file a status report within twenty-one (21) days informing the Court how the parties plan to proceed in this matter.

1

DATED this 15th day of June, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge