D. Michael Eakin
Eakin & Berry, PLLC
208 N. 29th St, Suite 204
P.O. Box 2218
Billings, Montana 59103
Phone: (406) 969-6001
Fax: (406) 969-6007
eakin.406law@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| TAMMY WILHITE, | ) | |
|     Plaintiff, | ) | Case No. CV19-20-BLG-SPW-TJC |
| | ) | |
| vs. | ) | STATUS REPORT |
| | ) | |
| PAUL LITTLELIGHT, | ) | |
| LANA THREE IRONS, | ) | |
| HENRY PRETTY ON TOP, | ) | |
| SHANNON BRADLEY, and | ) | |
| CARLA CATOLSTER, | ) | |
|     Defendants. | ) | |

Plaintiff has decided not to file an Amended Complaint. A final order dismissing the action may be entered. Plaintiff Wilhite does reserve the right to appeal.

In an editorial comment, Wilhite notes that she first filed an action complaining of retaliation for her whistleblowing activities in the spring of 2018. It

took over five years, three separate Rule 12 motions to dismiss, and an appeal to the Ninth Circuit in this action before the action was dismissed with leave to amend. Wilhite is fearful that an amended complaint would only add to delays in a final resolution of the companion FTCA case. To avoid even further delay, Wilhite has decided not to file an Amended Complaint.

Dated this 6th day of July 2023.

                                          EAKIN & BERRY, PLLC

                                          /s/ D. Michael Eakin
                                          D. MICHAEL EAKIN

## CERTIFICATE OF SERVICE

I certify that on the 6th day of July 2023 the foregoing document, was served by:

 1, 2  CM/ECF
\_\_\_\_\_ Hand Delivery
\_\_\_\_\_ U.S. Mail
\_\_\_\_\_ Overnight Delivery Service
\_\_\_\_\_ Fax
\_\_\_\_\_ Email

Upon:

1. Clerk of Court

2. Michael L. Rausch
   Evan M.T. Thompson
   Browning, Kaleczyc, Berry & Hoven, P.C.
   Liberty Center, Suite 302
   9 Third Street North
   Great Falls, MT 59401

/s/ D. Michael Eakin
D. MICHAEL EAKIN
Eakin Berry & Grygiel, PLLC.
Attorneys for Plaintiff