IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TAMMY WILHITE,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL LITTLELIGHT, LANA THREE IRONS, HENRY PRETTY ON TOP, SHANNON BRADLEY, and CARLA CATOLSTER,<br><br>        Defendants. | CV 19-20-BLG-SPW<br><br>ORDER |

Upon the request of Plaintiff Tammy Wilhite (Doc. 80), and pursuant to Federal Rule of Civil Procedure 41(a)(2),

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 10th day of July, 2023.

/s/ Susan P. Watters
Susan P. Watters
U. S. DISTRICT JUDGE

1